IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANDREW A. HERZOG, | ) | 8:09CV70 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| BILL GIBBS/GIBSON, | ) | |
| | ) | |
| Defendant. | ) | |

    Pursuant to the previous Memorandum and Order entered this date, this case is dismissed without prejudice.

    January 26, 2010.        BY THE COURT:

                                    *Richard G. Kopf*
                                    United States District Judge